FILED BY KS D.C.
Feb 17, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:22 cr 39 CEH-TGW
46 U.S.C. § 70503(a)
46 U.S.C. § 70506(a) and (b)

CARLOS MERO MERO,
SIMON ARCENTALES CASTRO, and
ELVIS EDIEL LOPEZ BATRES

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on an unknown date and continuing through and including on or about January 7, 2022, in the Middle District of Florida, and elsewhere, the defendants,

CARLOS MERO MERO,
SIMON ARCENTALES CASTRO, and
ELVIS EDIEL LOPEZ BATRES,

did knowingly and intentionally conspire with other persons, both known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, which violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, while upon the high seas on board a vessel subject to the jurisdiction of the United States, and is therefore punished under 46 U.S.C. §§ 70503(a) and 70506(a) and (b).

All in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b), and 21 U.S.C. § 960(b)(1)(B)(ii).

## COUNT TWO

Beginning on an unknown date and continuing through and including on or about January 7, 2022, in the Middle District of Florida, and elsewhere, the defendants,

CARLOS MERO MERO,
SIMON ARCENTALES CASTRO, and
ELVIS EDIEL LOPEZ BATRES,

did knowingly and intentionally possess with intent to distribute a controlled substance, which violation involved five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, while upon the high seas on board a vessel subject to the jurisdiction of the United States, and is therefore punished under 46 U.S.C. §§ 70503(a) and 70506(a).

All in violation of 46 U.S.C. §§ 70503(a) and 70506(a), 21 U.S.C. § 960(b)(1)(B)(ii), and 18 U.S.C. § 2.

## FORFEITURE

1. The allegations contained in Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging

2

forfeitures pursuant to the provisions of 21 U.S.C. §§ 853 and 881, 46 U.S.C. § 70507, and 28 U.S.C. § 2461(c).

2. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 46 U.S.C. § 70503, the defendants,

CARLOS MERO MERO,
SIMON ARCENTALES CASTRO, and
ELVIS EDIEL LOPEZ BATRES,

shall forfeit to the United States, pursuant to 46 U.S.C. § 70507, 21 U.S.C. § 881(a), and 28 U.S.C. § 2461(c), any and all property described in 21 U.S.C. § 881(a)(1) through (11) that was used or intended for use to commit, or facilitate the commission of, such offenses.

3. Upon their conviction of any of the violations alleged in Counts One or Two of this Indictment, in violation of 21 U.S.C. § 960, the defendants,

CARLOS MERO MERO,
SIMON ARCENTALES CASTRO, and
ELVIS EDIEL LOPEZ BATRES,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense.

4. If any of the property described above, as a result of any act or omission of the defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with a third party;

3

  c. has been placed beyond the jurisdiction of the Court;

  d. has been substantially diminished in value; or,

  e. has been commingled with other property, which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property under the provision of 21 U.S.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Lauren N. Stoia
Assistant United States Attorney

By: _____
Joseph K. Ruddy
Assistant United States Attorney
Chief, Transnational Organized Crime Section

4

FORM OBD-34  
January 22

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida  
Tampa Division

THE UNITED STATES OF AMERICA

vs.

CARLOS MERO MERO,  
SIMON ARCENTALES CASTRO, and  
ELVIS EDIEL LOPEZ BATRES

## INDICTMENT

Violations: 46 U.S.C. §§ 70503(a) and 70506(a) & (b)

A true bill,

███████████████████  
———————————————————  
Foreperson

Filed in open court this 27th day of January 2022.

———————————————————  
Clerk

Bail $_____

GPO 863 525

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Carlos Mero Mero

_____
Defendant

) ) ) ) ) ) )

Case No. 8:22 cr 39 CEH-TGW

Copy

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Carlos Mero Mero,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 1/28/2022

_____
*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
| v. | ) |
| Simon Arcentales Castro | ) Case No. 8:22 cr 39 CEH-TGW |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

Copy

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Simon Arcentales Castro,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 1/28/2022

C. Robert
*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Elvis Ediel Lopez Batres

*Defendant*

Case No. 8:22 cr 39 CEH-TGW

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Elvis Ediel Lopez Batres,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy with intent to distribute five (5) kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, and possession with intent to distribute five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States.

In violation of: 46 U.S.C. §§ 70503(a) and 70506(a) and (b)

Date: 1/28/2022

*Issuing officer's signature*

City and state: Tampa, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

COPY